IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WANDA STRINGER     PLAINTIFF

**LEAD CASE**
V.     CIVIL ACTION NO. 4:15CV107-NBB-JMV

NORTH BOLIVAR CONSOLIDATED
SCHOOL DISTRICT, ET AL.     DEFENDANTS

CONSOLIDATED WITH

WANDA STRINGER     PLAINTIFF

V.     CIVIL ACTION NO. 4:15CV108
CIVIL ACTION NO. 4:15CV109
CIVIL ACTION NO. 4:15CV110

NORTH BOLIVAR CONSOLIDATED
SCHOOL DISTRICT, ET AL.     DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**, and this case is dismissed with prejudice and closed.

This, the 15th day of March, 2017.

                                                    /s/ Neal Biggers
                                                    **NEAL B. BIGGERS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**